**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

Nos. 15-2206, 15-2217, 15-2230, 15-2234,
15-2272, 15-2273, 15-2294

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION

APPELLANTS CLEO MILLER, *et al.*

**APPELLANTS' OPPOSITION TO CLASS PLAINTIFFS-APPELLEES'
MOTION TO EXPEDITE APPEALS**

Appellants Cleo Miller, Judson Flint, Elmer Underwood, Vincent Clark, Sr., Fred Smerlas, Ken Jones, Jim Rourke, Lou Piccone, James David Wilkins II and Robert Jackson hereby submit this opposition to the Class Plaintiffs' Motion to Consolidate and Expedite Appeals filed on May 26, 2015. Appellants do not oppose the Motion to Consolidate Appeals. While Appellants have no objection to Plaintiffs' suggestion that the parties forego the FRAP 33 mediation process and go directly to briefing, they do not agree to the Plaintiffs' proposed schedule.

Plaintiffs-Appellees did not confer with the Cleo Miller Appellants prior to filing their motion. The proposed opening brief due date of July 10, 2015 is not acceptable to Appellants, as it is only six weeks away, and because undersigned counsel has previously scheduled oral arguments in June that would conflict with his ability to complete the brief by that date. In lieu of Plaintiffs' proposed briefing schedule, Appellants would agree to file their opening briefs by August 15, 2015, with the Plaintiffs' and NFL's briefs due on September 15, 2015, and Appellants' Reply briefs due by September 30, 2015.

Appellants note for the record that Plaintiffs-Appellees have not presented any reasons justifying expediting the briefing in this case. For example, they state that "some appellants are individuals who never filed a case in their individual capacity." The reason for this is that they do not currently have a claim against the NFL, because their brains have not yet been found to have CTE protein tangles present. The settlement, however, includes them in the same class as the currently injured, and releases their future, unripe claims for no consideration. This Court has already said that that is improper in *Amchem*. That is what this appeal is about. It is not a valid reason for expediting briefing.

The conflict between the truly injured and those improperly included in the class is entirely of Plaintiffs' own making. Plaintiffs could have limited the class to former players currently suffering from diseases caused by concussions, and negotiated a settlement that made immediate payments to everyone in the class. Instead, they traded away the claims of those not currently injured for generous immediate payments to those who are.

        Respectfully submitted,
        Cleo Miller, Judson Flint,
        Elmer Underwood, Vincent Clark, Sr.,
        Ken Jones, Fred Smerlas, Jim Rourke,
        Lou Piccone, James David Wilkins II, and
        Robert Jackson,
        By their attorney,

        */s/ John J Pentz*
        John J. Pentz
        19 Widow Rites Lane
        Sudbury, MA 01776
        Phone: (978) 261-5725
        jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on May 28, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

                    */s/ John J. Pentz*
                    John J. Pentz