UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 15-2206, 15-2217, 15-2230, 15-2234, 15-2272, 15-2273,
15-2290, 15-2291, 15-2292, 15-2294, 15-2304, and 15-2305
_____

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION
INJURY LITIGATION

Robert Jackson,
Appellant in 15-2217

(E.D. Pa. No. 2-12-md-02323)
_____

**APPELLANT ROBERT JACKSON'S MOTION
TO DISMISS HIS APPEAL**
_____

Pursuant to FRAP 42(b), Appellant Robert Jackson moves to dismiss his appeal. Appellants Cleo Miller, Judson Flint, Elmer Underwood, Vincent Clark, Sr., Fred Smerlas, Ken Jones, Jim Rourke, Lou Piccone, and James David Wilkins II will continue to prosecute this appeal.

    Respectfully submitted,
    Robert Jackson,
    By his attorney,

    */s/ John J Pentz*
    John J. Pentz
    19 Widow Rites Lane
    Sudbury, MA 01776
    Phone: (978) 261-5725
    jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on October 9, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                        */s/ John J. Pentz*
                                        John J. Pentz